UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DE LA ISLA,<br><br>   Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>   Defendant. | Case No.: 3:21-CV-01999-H-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>[Doc. No. 3.] |

On November 29, 2021, Plaintiff Daniel De La Isla filed a Complaint against Defendant Citibank, N.A. (Doc. No. 1.) Defendant's responsive pleading is due on or before December 24, 2021. On December 9, 2021, the Parties filed a joint motion for an extension of time for the Defendant to file a responsive pleading. (Doc. No. 3.) The Parties represent that Defendant requires additional time to investigate the allegations of the Complaint and to draft its response. (Id.)

For good cause shown, the Court grants the joint motion. Defendant must file a responsive pleading on or before **January 24, 2022.**

**IT IS SO ORDERED.**

DATED: December 13, 2021

*/s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT