UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DE LA ISLA,<br><br>                              Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>                              Defendant. | Case No.: 3:21-cv-01999-H-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 9.] |

On February 24, 2022, the parties filed a joint motion to dismiss pursuant to Fed. R. Civ. P. 41.  (Doc. No. 9.)  The parties stipulate that the entire action, including all claims, be dismissed with prejudice.  (Id.)  The parties stipulate that each party will bear its own costs and attorneys' fees.  (Id.)  For good cause shown, the Court grants the joint motion to dismiss.  The Court dismisses the entire action with prejudice.  Each party will bear its own costs and attorneys' fees.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED:     March 1, 2022

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT